FILED
U.S. District Court
District of Kansas

FEB 27 2025

Clerk, U.S. District Court
By MAM Deputy Clerk

Lee Raynor
911 Millwood Circle Apt204
67901 Liberal Kansas
620 391-2245
Leeraynor95@gmail.com

WICTHA FEDERAL COURT

WICHTA FEDERAL COURT

| | |
|---|---|
| Lee Raynor<br><br>National Beef<br><br>UFCW Labor Unit<br><br>Defendant | Case No.6:25 -cv-01223-EFM-GEB<br><br>PLEADING TITLE: MOTION TO DISMISS |

My name is Lee Raynor. Due to current Circumstances, I am asking the judge to dismiss this case I have filed. I am seeking dismissal of my case. I am sorry about the inconvenience this caused.

Dated this day of Month, year.

Lee Raynor 2-19-2025

~~Attorney~~ Name

[illegible]
911 millwood cr
apt 204 Liberal
KS 67901

AMARILLO TX 791
24 FEB 2025 PM 2 L

FREEDOM
FOREVER USA

Federal court Clerk Office
401 n. market
wichita KS 67202

RECEIVED
FEB 27 2025
By__________